UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONTE E. WILSON,<br><br>    Petitioner,<br><br>  v.<br><br>BEN CURRY, warden,<br><br>    Respondent. | No. C 07-1045 MHP (pr)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: February 25, 2010

Marilyn Hall Patel
United States District Judge