1

2

3

4

5              UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8  LAMONTE E. WILSON,                    No. C 07-1045 MHP (pr)

9           Petitioner,                  **JUDGMENT**

10      v.

11  BEN CURRY, warden,

12           Respondent.
                                      /

13

14      The petition for writ of habeas corpus is denied.

15      IT IS SO ORDERED AND ADJUDGED.

16  DATED: February 25, 2010          _____
                                      Marilyn Hall Patel
17                                    United States District Judge

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California